IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TADEUSZ TOPORKIEWICZ<br>A 97 112 435<br><br>        Plaintiff,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary of the U.S. Department of Homeland Security; MICHAEL MUKASEY, U.S. Attorney General; EMILIO T. GONZALEZ, Director, U.S. Citizenship & Immigration Services; RUTH A. DOROCHOFF, District Director, U.S. Citizenship & Immigration Services, Chicago Field Office; F. GERARD HEINAUER, Director, Nebraska Service Center; and ROBERT S. MUELLER, III, Director of the Federal Bureau of Investigation,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | NO. | FILED: JULY 1, 2008<br>08CV3763<br>JUDGE LEINENWEBER<br>MAGISTRATE JUDGE MASON<br><br>TC |

## **NOTICE OF FILING**

TO:  U.S. Attorney's Office                     Michael Chertoff
     Northern District of Illinois              Office of General Counsel
     219 S. Dearborn Street, Suite 500          U.S. Department of Homeland Security
     Chicago, IL 60604                          Washington, DC 20528
     **Via First Class Mail**                   **Via First Class Mail**

     Michael Mukaey                             Ruth Dorochoff
     U.S. Attorney General                      District Director, USCIS Chicago Field Office
     950 Pennsylvania Avenue, N.W.              101 W. Congress Parkway
     Washington, DC 20530                       Chicago, IL 60605
     **Via First Class Mail**                   **Via First Class Mail**

     Emilio T. Gonzalez                         Robert S. Mueller, III
     Director, USCIS                            Federal Bureau of Investigation
     20 Massachusetts Avenue Ave., N.W.         935 Pennsylvania Ave., N.W.
     Washington, DC 20529                       Washington, DC 20535-0001
     **Via First Class Mail**                   **Via First Class Mail**

F. Gerard Heinauer
Nebraska Service Center
P.O. Box 87400
Lincoln, NE 68501-7400
**Via First Class Mail**

 PLEASE TAKE NOTICE that on July 1, 2008, Plaintiff filed with the District Court for the Northern District of Illinois, his Petition for a Writ of Mandamus, a copy of which is hereby served upon you as indicated above.

            s/Stanley J. Horn
            STANLEY J. HORN
            Attorney for Plaintiff

## CERTIFICATE OF SERVICE

 The undersigned attorney certifies that he caused this Notice to be served upon the above addressed by mail service or hand delivery by 5:00 p.m. on July 1, 2008.

            s/Stanley J. Horn
            STANLEY J. HORN
            Attorney for Plaintiff

Stanley J. Horn
Horn, Khalaf, Abuzir, Mitchell & Schmidt
2 North LaSalle, Suite 630
Chicago, IL 60602
Telephone: (312) 281-5444
Fax: (312) 558-9075
E-mail: shorn@hkamlaw.com