## *United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: 08cv3763                    Assigned/Issued By: j. n.

Judge Name:                              Designated Magistrate Judge:

---

### FEE INFORMATION

*Amount Due:*   ☐ $350.00     ☐ $39.00     ☐ $5.00

☐ IFP       ☐ No Fee      ☐ Other _____

☐ $455.00

Number of Service Copies _____       Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____              Receipt #: _____

Date Payment Rec'd: _____         Fiscal Clerk: _____

---

### ISSUANCES

☐ Summons                                ☑ Alias Summons

☐ Third Party Summons                    ☐ Lis Pendens

☐ Non Wage Garnishment Summons           ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons     _____
                                         _____
                                         *(Victim, Against and $ Amount)*

☐ Citation to Discover Assets

☐ Writ _____              ☐ Other
   *(Type of Writ)*                      _____
                                         _____
                                         *(Type of issuance)*

 7  Original and  7  copies on  8-14-08  as to  MICHAEL CHERTOFF;
                                *(Date)*
MICHAEL MUKASEY;EMILIO T. GONZALEZ; RUTH A. DOROCHOFF; F. GERARD HEINAUER

; ROBERT S. MUELLER, III; U.S. ATTORNEY'S OFFICE