UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TADEUSZ TOPORKIEWICZ, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 3763 |
| | ) | |
| v. | ) | |
| | ) | Judge Leinenweber |
| MICHAEL CHERTOFF, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case. This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. See LR 83.16(b).

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Kurt N. Lindland
    KURT N. LINDLAND
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-4163
    Kurt.lindland@usdoj.gov

## CERTIFICATE OF SERVICE

      The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

    **ATTORNEY DESIGNATION**

were served pursuant to the district court's ECF system as to ECF filers on August 27, 2008.

                                                                        s/ Kurt N. Lindland
                                                                        KURT N. LINDLAND
                                                                        Assistant United States Attorney
                                                                        219 South Dearborn Street
                                                                        Chicago, Illinois 60604
                                                                        (312) 353-4163